UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA

-vs-                                                            Case No.  2:05-CR-134 (1)

**DUNYASHA MON YETTS**


COURTROOM   MINUTES

| Judge: | **Mark R. Abel** | Date and Time: | May 20, 2005<br>11:00 A.M. |
|---|---|---|---|
| Deputy Clerk: | Spencer D. Harris | Counsel for Govt: | Kevin W. Kelley |
| Ct. Reporter: | Tape Log A-271 | Counsel for Deft(s). | Dave Thomas |
| Interpreter: |  | Pretrial/Probation: | Julie G. Schram |

Appearance made by counsel

Dft advised of his rights, charges and penalties

Dft to be released