CRIMINAL MINUTES
6/10/05 ARRAIGNMENT ON INDICTMENT
CR2-05-134, USA V. DUNYASHA MON YETTS

AUSA: KEVIN KELLEY
DEFENSE COUNSEL: SAM SHAMANKSY
COURT REPORTER: LINDA MANDIKAS
COURTROOM DEPUTY: JENNIFER KACSOR

Defendant pleads not guilty as to all counts of the Indictment
Jury Trial set for 8/1/05 at 9:00 a.m.
Defendant to remain on bond pending trial