```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

UNITED STATES OF AMERICA

      VS

Dunyasha Mon Yetts         CASE NUMBER 2:05-cr-134

<u>ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE</u>

    The above defendant having been sentenced in this court on the 28th day of August, 2007, for violation of Title 18 United States Code, Section 1341 and Title 21 U.S.C.S. 841 at which time the defendant was committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Eighteen (18) months, to be followed by a thirty-six (36) month term of Supervised Release on each count to run concurrently; and a Petition for the Revocation of the Supervised Release of said defendant having been filed in this Court on the 2nd day of December, 2011 to require defendant to show cause why said supervised release should not be revoked:

    NOW, on this 3rd day of January, 2012 the defendant being present in Court, with counsel, at the hearing on this matter and showing no cause why the supervised release heretofore imposed herein should not be revoked and the Court being fully advised in the premises, finds that the defendant has violated the conditions of Supervised Release;

    IT IS THEREFORE ORDERED AND ADJUDGED that the order placing the defendant on Supervised Release be and the same is hereby revoked;

    IT IS FURTHER ORDERED by the Court that the defendant herein be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixty (60) days incarceration. The defendant is remanded to the custody of the United States Marshal. The Court recommends that the defendant be assigned to the Jefferson County Jail to serve this sentence.

    IT IS FURTHERED ORDERED by the Court that after defendant is released from imprisonment the defendant shall placed on a new term of supervised release for two (2) years under the same conditions previously imposed.

IT IS FURTHER ORDERED by the Court as Special Conditions for Supervised Release, the defendant, shall provide the Probation officer the following:

1) A complete personal financial statement listing all of his personal and household assets and liabilities, including a disclosure as to all private companies in which he holds and interest;

2) A verified financial statement for First Capital Funding Corp., listing all assets and liabilities;

3) A verified list of all accounts held at any financial institution, including bank accounts and/or any other private company in which Mr. Yetts hold an interest, in the last year. For each account, Mr. Yetts is to provide the name of the financial institution and the current balance of such account;

4) A verified list of all fees or other compensation paid to First Capital Funding Corp., or any private company in which Mr. Yetts holds an interest, in 2009 to 2011, and future compensation, upon request.

5) A verified list of every transfer of funds greater than $1,000.00 in the last six (6) months from or to any account held by Mr. Yetts, First Capital Funding Corp., or any other private company in which Mr. Yetts, First Capital Funding Corp., or any other private company in which Mr. Yetts hold an interest, and an explanation as to the nature of such transfer;

6) A verified list stating any personal or real property with a greater than $1,000.00 held by Mr. Yetts, or First Capital Funding Corp. In which any interest has been transferred or sold in the last six (6) months; and

IT IS FURTHER ORDERED by the Court that the defendant comply with the following additional conditions:

1) The defendant shall not open any new lines of credit or make credit purchases until the restitution or is satisfied in full.

2) The defendant shall disclose financial information to the probation officer upon request.

3) The defendant shall make payments towards his restitution obligation in an amount to be determined by the court based on the recommendations of the probation officer made after defendant has provided the required financial information referred to above.

4)   The defendant shall refrain from any involvement, direct or indirect, in the solicitation of funds for investment purposes, and shall not be in a position where he receives possession or control of the funds of other persons or businesses.

5)   The defendant shall establish a residence in the Southern District of Ohio to facilitate supervision by the probation office in the Souther District of Ohio.

   IT IS FURTHER ORDERED that a certified copy hereof shall serve as a commitment herein.

JAMES L. GRAHAM, UNITED STATES
DISTRICT JUDGE

s/James L. Graham
UNITED STATES DISTRICT JUDGE

January 4, 2012
DATED