```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

UNITED STATES OF AMERICA

      VS

Dunyasha Mon Yetts                    CASE NUMBER 2:05-cr-134

<u>ORDER REVOKING SUPERVISED RELEASE AND IMPOSING SENTENCE</u>

      The above defendant having been sentenced in this court on the 28th day of August, 2007, for violation of Title 18 United States Code, Section 1341 and 21 United States Code 841(a)(1) at which time the defendant was committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Eighteen (18) months, to be followed by a Thirty-Six (36) month term of Supervised Release on each count to run concurrently; and said term of supervised release having been revoked on January 3rd, 2012, and the defendant sentenced to 60 days in custody, to be followed by a new term of supervised release of two (2) years, and a Petition for the Revocation of the Supervised Release of said defendant having been filed in this Court on the 25th day of May, 2012 to require defendant to show cause why said supervised release should not be revoked:

      NOW, on this 16th day of August, 2012 the defendant being present in Court, with counsel, at the hearing on this matter and showing no cause why the supervised release heretofore imposed herein should not be revoked and the Court being fully advised in the premises, finds that the defendant has violated the conditions of Supervised Release;

      IT IS THEREFORE ORDERED AND ADJUDGED that the order placing the defendant on Supervised Release be and the same is hereby revoked;

      IT IS FURTHER ORDERED by the Court that the defendant herein be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of incarceration of Nine (9) months. Following release from imprisonment, the defendant will begin to serve a new term of supervised release of three (3) years under the same conditions previously imposed.  The Court also imposes the following additional special conditions of supervised release:

    1)    The defendant shall not open any new lines of credit or make credit purchases until the restitution order is satisfied in full.

2)  Disclose all requested personal and business finances, held at any financial institution, including bank accounts and/ or investment accounts, held by the defendant, and/or First Capital Funding Corp., or any other company in which the defendant holds a financial interest.

3)  A payment schedule of at least $500 per month toward the restitution obligation.

4)  Any employment must be approved by the Probation Officer.

5)  The defendant shall not receive or maintain funds belonging to another individual or for investment purposes.

The defendant is remanded to the custody of the United States Marshal.

IT IS FURTHER ORDERED that a certified copy hereof shall serve as a commitment herein.

JAMES L. GRAHAM, UNITED STATES DISTRICT JUDGE

s/James L. Graham
UNITED STATES DISTRICT JUDGE

August 16, 2012
DATED