# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CASE NO: 2:05-CR-134 |
| Plaintiff, | : |
| | : JUDGE GRAHAM |
| v. | : |
| | : |
| DUNYASHA YETTS, | : |
| SSN: ***-**-0588 | : |
| Defendant, | : |
| | : |
| and | : |
| | : |
| THE OHIO STATE UNIVERSITY, | : |
| Garnishee. | |

## APPLICATION FOR A WRIT OF CONTINUING GARNISHMENT

The United States of America, by and through its representative the United States Attorney for the Southern District of Ohio, for its cause of action alleges:

1. Plaintiff the United States of America, pursuant to 28 U.S.C. § 3205(b)(1), requests the issuance of a Writ of Continuing Garnishment against certain property of Defendant Dunyasha Yetts ("Defendant"), which is (or may become) in the possession, custody or control of the Ohio State University ("Garnishee"), for satisfaction of the monies owed by Defendant to the United States due to the judgment entered against the Defendant in the above-captioned case.

2. This debt arises from the August 31, 2007 judgment entered against Defendant in Case No. 2:05-CR-134. The amount of the debt that remains unpaid and due and owing amount is 2,793,478.83, as of May 11, 2020 plus interest.

3. Defendant's last known address is: 4533 Saint Andrews Drive, Steubenville, Ohio 43953.

4. Not less than 30 days has elapsed since demand for payment was made upon Defendant. The last demand notice for payment was May 9, 2017. Since that time, Defendant has failed to pay the total amount due.

5. Garnishee is believed to have possession of property in which Defendant has a substantial nonexempt interest, and will owe the money or property.

6. Upon information and belief, Defendant is entitled to settlement funds due from a lawsuit filed against the Ohio State University, Case No.2:19-CV-2462, United States District Court, Southern District of Ohio.

7. The name and address of the Garnishee or its authorized agent is:

>The Ohio State University
>Office of Legal Affairs
>1590 North High Street, #500
>Columbus, OH 43201

The requirements of 28 U.S.C. § 3205(b) having been satisfied, the United States hereby requests the issuance of a Writ of Continuing Garnishment.

>Respectfully submitted,
>
>DAVID M. DEVILLERS
>United States Attorney
>
>s/Bethany J. Hamilton
>BETHANY J. HAMILTON (0075139)
>Assistant United States Attorney
>Attorney for Plaintiff
>303 Marconi Boulevard, Suite 200
>Columbus, Ohio 43215
>(614)469-5715
>Fax: (614)469-5240
>Bethany.Hamilton@usdoj.gov

# CERTIFICATE OF SERVICE

A true copy of the above and foregoing Application for a Writ of Continuing Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 22nd day of May, 2020 to:

Dunyasha Yetts
4533 Saint Andrews Drive
Steubenville, OH  43953

The Ohio State University
Office of Legal Affairs
1590 North High Street, #500
Columbus, OH  43201

J.C. Ratliff, Esq.
Ratliff Law Office
200 W. Center Street
Marion, OH

Michael Hiram Carpenter, Esq.
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH  43215

Dennis W McNamara, Esq.
McNamara Law Office
88 E Broad Street, Suite 1350
Columbus, OH 43215

    s/Bethany J. Hamilton
    BETHANY J. HAMILTON (0075139)
    Assistant United States Attorney