IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**DUNYASHA YETTS,**
SSN: \*\*\*-\*\*-0588

      **Defendant,**

and

**THE OHIO STATE UNIVERSITY,**

      **Garnishee.**

: CASE NO: 2:05-CR-134
: JUDGE GRAHAM

### ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff United States of America for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of 28 U.S.C. § 3205, and grants Plaintiff's application.

**IT IS SO ORDERED.**

DATE: May 26, 2020

_____
UNITED STATES DISTRICT JUDGE