# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUNYASHA YETTS, ) <br> SSN: \*\*\*-\*\*-0588 ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> THE OHIO STATE UNIVERSITY, ) <br> ) <br> Garnishee. ) <br> ) | Case No. 2:05-CR-134 <br> Judge James L. Graham |

FILED RICHARD W. NAGEL CLERK OF COURT 2020 JUN 11 PM 1:53 U.S. DISTRICT COURT SOUTHERN DIST. OHIO EAST. DIV. COLUMBUS

## ANSWER OF THE GARNISHEE

**MARK LEMMON**, BEING DULY SWORN DEPOSES AND SAYS:

A. That he is the Senior Paralegal of Garnishee, OHIO STATE UNIVERSITY.

B. On June 1, 2020, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because Defendant is or was in my/our employ. \_\_\_\_\_ Yes \_\_\_**X**\_\_\_ **No**. (If the answer is yes, complete items 1 and 2 below):

1. Defendant's pay period is \_\_\_ weekly, \_\_\_ bi-weekly, \_\_\_ semi-monthly, \_\_\_ monthly. Enter the date the present pay period began. \_\_\_**[N/A]**\_\_\_ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. \_\_\_**[N/A]**\_\_\_

2. The amount of the Defendant's net wages are: \_\_\_**[N/A]**\_\_\_
    1) Gross Pay
    2) Federal Income Tax
    3) F.I.C.A. Income Tax
    4) State Income Tax
    5) Total of tax withholdings

  6) Net Wages (total is (a) less total of (e))

C. Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) ____ Yes __X__ No

  If the answer is yes, describe below.
  ____[N/A]____

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank/investment accounts, stocks, etc.) in which the Debtor maintains an interest. ____ Yes __X__ No. (If the answer is yes, describe below)

____[N/A]____

E. Garnishee anticipates owing to Defendant in the future, the following amounts (non-earnings only):

**Defendant Yetts is a named plaintiff in the case of *Nicholas Nutter, et al. v. The Ohio State University*, S.D. Ohio Case No. 2:19-cv-02462, in which Garnishee The Ohio State University is a named defendant. Garnishee The Ohio State University denies all of Yetts' claims in that case. The litigation is ongoing. Therefore, at the current time, Garnishee The Ohio State University was not and is not indebted or under liability to Defendant Yetts, and the Garnishee did not or does not have in its possession or control any property belonging to Defendant Yetts, or in which the Garnishee has an interest; and is not liable as Garnishee in this action.**

F. Complete items 1 through 3 below, if applicable:

1. The Garnishee makes the following claim of exemption on the part of Defendant as indicated on the Claim for Exemption Form. ____[N/A]____

2. The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim: ____[N/A]____

3. The Garnishee was not and is not indebted or under liability to Defendant, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s): **See answer to E above.**

G. The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

    (1) Clerk U.S. District Court 85 Marconi Blvd. Columbus, OH 43215

    (2) the Defendant:
        Dunyasha Yetts
        c/o Rocky Ratliff or J.C. Ratliff
        200 W. Center Street
        Marion, OH 43302

    (3) the Attorney for the United States:
        Bethany J. Hamilton, Assistant United States Attorney
        U.S. Attorney's Office for the Southern District of Ohio,
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215-2401

State of OHIO, County of Franklin

_/s/ (signature)_

The Ohio State University
By: Mark Lemmon
Title: Senior Paralegal
1590 N. High Street, Suite 500
Columbus, OH 43201
Office Telephone: (614) 292-0611

Sworn and subscribed before me this 11th day of June, 2020.

_David J. Barthel_
Notary Public
My Commission expires: No expiration date

David J. Barthel, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

3