IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

       Plaintiff,

     v.                           Case No. 2:05-cr-134

Dunyasha Yetts
SSN: ***_**_0588

       Defendant,

   and

The Ohio State University,

       Garnishee.

<u>GARNISHEE ORDER</u>

On May 26, 2020, a writ of continuing garnishment ("writ") was duly issued to the Garnishee, The Ohio State University ("Garnishee"). Doc. 84. Pursuant to the writ, the Garnishee filed an answer on June 11, 2020. Doc. 86. Garnishee indicated that Dunyasha Yetts ("Defendant") is a named plaintiff in the case of <u>Nicholas Nutter, et al., v. The Ohio State University</u>, Case No. 2:19-cv-02462, S.D. Ohio, in which Garnishee is a named defendant. Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

It is ordered that should Defendant be entitled to payment of any funds relating to <u>Nicholas Nutter, et al., v. The Ohio State University</u>, Case No. 2:19-cv-02462, S.D. Ohio, from Garnishee, including any settlement of Defendant's interest in the lawsuit, Garnishee shall pay those funds to the Clerk, U.S. District Court, 85 Marconi Blvd., Columbus, Ohio, 43215, to be applied to Defendant's restitution obligation.  The check shall be made

payable to "Clerk, U.S. District Court."


Date: December 22, 2020                    _____s/James L. Graham_____
                                           James L. Graham
                                           United States District Judge