**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

      **Plaintiff,**

    **v.**                               **CASE NO. 2:05-CR-134**
                                         **JUDGE GRAHAM**

**Dunyasha Yetts SSN:**
**\*\*\*_\*\*_0588**

      **Defendant,**

    **and**

**The Ohio State University,**

      **Garnishee.**

**MOTION TO AMEND FINAL ORDER OF**
**GARNISHMENT REGARDING SETTLEMENT**
**FUNDS**

On December 22, 2020, a Final Order of Garnishment was duly issued to the Garnishee, The Ohio State University ("Garnishee"). (Doc. No. 89) Subsequently, Plaintiff United States of America and Defendant Dunyasha Yetts ("Defendant") entered into a Stipulated Agreement regarding the liquidation of Defendant's interest in the *Nutter, et al. v. The Ohio State University,* Case No. 2:19-cv-2462. The Garnishee has asked that the Final Order of Garnishment be amended so it has the authority to disperse the funds.

The parties respectfully request this Court issue an order amending its previous order in adopting the agreement relating to the government's interest in the settlement funds:

1. The Claims Administrator shall turnover to Plaintiff, one half of Defendant's total interest in the OSU Settlement to the Clerk U.S. District Court 85 Marconi Blvd. Columbus, Ohio 43215.

2.  The remaining one half of Defendant's interest in the OSU Settlement shall be disbursed by the Claims Administrator to Attorney Rocky Ratliff, Defendant's Counsel in *Nutter, et al. v. The Ohio State University*, Case No. 2:19-cv-2462.  This one half interest shall be released to cover attorney fees, litigation costs, court costs, as well as 20% to Defendant.

3.  The Clerk shall distribute the amount received from the Claims Administrator for the benefit of the victims in this case.

4. Defendant agrees to cooperate with Plaintiff and the Claims Administrator regarding anything necessary to finalize this settlement.

WHEREFORE, Plaintiff respectfully requests this Court amend its previous Final Order of Garnishment in accordance with the settlement agreement made by the parties.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney


s/Bethany J. Hamilton
BETHANY J. HAMILTON (0075139)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5240
Bethany.Hamilton@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to entities who have requested to receive

ECF notice and mailed to by first class mail, postage prepaid, this 18th day of April 2022 to:

Dunyasha Yetts
4533 Saint Andrews Drive
Steubenville, OH 43953

Rocky Ratliff
Ratliff Law Office
200 W. Center St
Marion, OH 43302

The Ohio State University
Office of Legal Affairs
1590 North High Street #500
Columbus, OH 43201

Michael Hiram Carpenter, Esq.
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215

Dennis W. McNamara, Esq.
McNamara Law Office
88 E. Broad Street, Suite 1350
Columbus, OH 43215

s/Bethany J. Hamilton
BETHANY J. HAMILTON (0075139)
Assistant United States Attorney