# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America,**

    **Plaintiff,**

    v.                                  CASE NO. 2:05-CR-134
                                        JUDGE GRAHAM

**Dunyasha Yetts**
SSN: \*\*\*\_\*\*\_0588

    **Defendant,**

    **and**

**The Ohio State University,**

    **Garnishee.**

## AMENDED FINAL ORDER OF GARNISHMENT
## REGARDING SETTLEMENT FUNDS

On December 22, 2020, a Garnishee Order was duly issued to the Garnishee, The Ohio State University ("Garnishee") (Doc. No. 89). Subsequently, Plaintiff United States of America and Defendant Dunyasha Yetts (the "Defendant") entered into a Stipulated Agreement regarding the liquidation of Defendant's interest in the Defendant's claim in *Nutter, et al. v. The Ohio State University,* Case No. 2:19-cv-2462.

IT IS HEREBY ORDERED that the Claims Administrator shall turnover to Plaintiff, one half of Defendant's total interest in the OSU Settlement to the Clerk, U.S. District Court, 85 Marconi Blvd., Columbus, Ohio 43215.

IT IS FURTHER ORDERED that the remaining one half of Defendant's interest in the OSU Settlement shall be disbursed by the Claims Administrator to Attorney Rocky Ratliff, Defendant's Counsel in *Nutter, et al. v. The Ohio State University*, Case No. 2:19-cv-2462. This one half interest shall be released to cover attorney fees, litigation costs, court costs, as well as 25% payable to Defendant.

LASTLY, IT IS ORDERED that the Clerk shall distribute the amount received from the Claims Administrator for the benefit of the victims in this case.

Date: <u>April 19, 2022</u>                <u>/s/ James L. Graham</u>
                                           JAMES L. GRAHAM
                                           UNITED STATES DISTRICT JUDGE